# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Taddonio, Gregory L. | U.S. Bankruptcy Court, Western District of Pennsylvania | 07/31/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active Full-Time | ☐ Nomination Date <br> ☑ Initial ☐ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 <br> to <br> 07/01/2013 |

**7. Chambers or Office Address**

5490 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Fixed-Share Partner/Employee | Reed Smith LLP |
| 2. | Chairman | Murrysville Zoning Hearing Board |
| 3. | President | Franklin Area Swim Team, Inc. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | Reed Smith LLP Deferred Profit Sharing Plan (from former law firm, no control) |
| 2. | 5/13/2013 | Reed Smith LLP - Departure Agreement - specifying the amount and timing of the payoff of remaining interests held in the law firm. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Taddonio, Gregory L. | 07/31/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Reed Smith LLP - compensation as fixed-share partner | $250,201.76 |
| 2. 2012 | Reed Smith LLP - compensation as fixed-share partner | $216,490.16 |
| 3. 2013 | Reed Smith LLP - compensation as fixed-share partner | $180,393.50 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Taddonio, Gregory L. | 07/31/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Barclays Bank PLC | Loan for fixed-share note to Reed Smith | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Taddonio, Gregory L. | 07/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allianz NFJ Dividend Value Fund | A | Dividend | M | T | Exempt | | | | |
| 2. American Funds - 2018 College Fund - 529 Fund (CNEAX) | A | Int./Div. | J | T | Exempt | | | | |
| 3. American Funds - 2024 College Fund - 529 Fund (CFTAX) | A | Int./Div. | J | T | Exempt | | | | |
| 4. American Funds Capital Income Builder Fund Class A (CAIBX) | A | Int./Div. | K | T | Exempt | | | | |
| 5. American Funds Capital Income Builder - 529A (CIRAX) | A | Int./Div. | J | T | Exempt | | | | |
| 6. American Funds Clearbridge Aggressive Growth Fund (SHRAX) | A | Int./Div. | J | T | Exempt | | | | |
| 7. American Funds Investment Company of America Class A (AIVSX) | A | Int./Div. | K | T | Exempt | | | | |
| 8. American Funds New Perspective Fund Class A (ANWPX) | A | Int./Div. | L | T | Exempt | | | | |
| 9. American Funds New Perspective Fund-529A (CNPAX) | A | Int./Div. | K | T | Exempt | | | | |
| 10. American Funds New World Class A (NEWFX) | A | Int./Div. | J | T | Exempt | | | | |
| 11. American Funds - The Growth Fund of America A (AGTHX) | A | Int./Div. | L | T | Exempt | | | | |
| 12. American Funds - The Growth Fund of America - 529A (CGFAX) | A | Int./Div. | L | T | Exempt | | | | |
| 13. American Funds Washington Mutual Investors Fund (AWSHX) | A | Int./Div. | J | T | Exempt | | | | |
| 14. American Funds Washington Mutual Investors Fund-529A (CWMAX) | A | Int./Div. | L | T | Exempt | | | | |
| 15. American Funds Capital World Growth & Income Fund A (CWGIX) | A | Int./Div. | J | T | Exempt | | | | |
| 16. AT&T, Inc. - common stock | A | Dividend | | | Exempt | | | | |
| 17. Morgan Stanley - Money Market Accounts with CitiBank, N.A. | B | Interest | L | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Taddonio, Gregory L. | 07/31/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CSR PLC - common stock | A | Dividend | | | Exempt | | | | |
| 19. EB Daily Liquidity Stock Index Fund Class III | A | Dividend | M | T | Exempt | | | | |
| 20. Harbor International Fund | A | Dividend | L | T | Exempt | | | | |
| 21. McDonald's Corporation - common stock | A | Dividend | J | T | Exempt | | | | |
| 22. PNC Bank, N.A. - Accounts | | None | J | T | Exempt | | | | |
| 23. Reed Smith LLP - subordinated note | A | Interest | K | T | Exempt | | | | |
| 24. The Walt Disney Company - common stock | | None | J | T | Exempt | | | | |
| 25. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Taddonio, Gregory L. | 07/31/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Taddonio, Gregory L. | 07/31/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory L. Taddonio**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544